CLOSED,CONSOL,JURY,MHS1,PATENT/TRADEMARK

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Tyler)
# CIVIL DOCKET FOR CASE #: 6:12–cv–00207–MHS

Technology Properties Limited, LLC v. HiTi Digital, Inc. et al
Assigned to: Judge Michael H. Schneider
Lead case: 6:12–cv–00202–MHS
Member cases:
   6:12–cv–00207–MHS
   6:12–cv–00205–MHS
   6:12–cv–00208–MHS
   6:12–cv–00210–MHS
   6:12–cv–00213–MHS
   6:12–cv–00216–MHS
   6:12–cv–00217–MHS
Cause: 28:1338 Patent Infringement

Date Filed: 03/28/2012
Date Terminated: 02/24/2014
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Technology Properties Limited, LLC**  represented by  **Benjamin R Askew**
The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314–241–2929
Fax: 314–241–2029
Email: baskew@simonlawpc.com
*ATTORNEY TO BE NOTICED*

**Michael Patrick Kella**
The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314–241–2929
Fax: 314–241–2029
Email: mkella@simonlawpc.com
*ATTORNEY TO BE NOTICED*

**Stephanie H To**
The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314/241–2929
Fax: 314/241–2029
Email: sto@simonlawpc.com
*TERMINATED: 07/28/2014*

**Timothy D Krieger**
The Simon Law Firm PC

|||
|---|---|
| | 800 Market Street |
| | Suite 1700 |
| | St Louis, MO 63101 |
| | 314–241–2929 |
| | Fax: 314–241–2029 |
| | Email: tkrieger@simonlawpc.com |
| | *ATTORNEY TO BE NOTICED* |
| | |
| | **Anthony G Simon** |
| | The Simon Law Firm PC |
| | 800 Market Street |
| | Suite 1700 |
| | St Louis, MO 63101 |
| | 314/241–2929 |
| | Fax: 314/241–2029 |
| | Email: asimon@simonlawpc.com |
| | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **HiTi Digital, Inc.** | represented by | **Andrew T Oliver** |
| | | Turocy &Watson LLP |
| | | 560 South Winchester Blvd |
| | | Ste 500 |
| | | San Jose, CA 95128–5100 |
| | | 650–393–0634 |
| | | Email: aoliver@turocywatson.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Eric Hugh Findlay** |
| | | Findlay Craft PC |
| | | 102 N College Avenue |
| | | Suite 900 |
| | | Tyler, TX 75702 |
| | | 903/534–1100 |
| | | Fax: 903/534–1137 |
| | | Email: efindlay@findlaycraft.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jenny Chen** |
| | | Chen IP Law Group |
| | | 7F, No. 1, Alley 30, Lane 358 |
| | | Rueiguang Rd. |
| | | Neihu District, Taipei 114 |
| | | Taiwan |
| | | 886.2.7721.8855 |
| | | Fax: 886.2.7721.8822 |
| | | Email: Jenny.Chen@ChenIPLaw.com |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| HiTi Digital America, Inc. | represented by | **Andrew T Oliver** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Eric Hugh Findlay** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Jenny Chen** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2012 | Ï 1 | COMPLAINT against HiTi Digital America, Inc., HiTi Digital, Inc. ( Filing fee $ 350 receipt number 0540–3515021.), filed by Technology Properties Limited, LLC. (Attachments: # 1 Exhibit A – '549 Patent, # 2 Exhibit B – '443 Patent, # 3 Exhibit C – '424 Patent, # 4 Civil Cover Sheet)(Simon, Anthony) (Entered: 03/28/2012) |
| 03/28/2012 | Ï | Judge Michael H. Schneider added. (mll, ) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 2 | ***FILED IN ERROR. SEE DOCUMENT 4 FOR CORRECT PLEADING*** <br> Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Simon, Anthony) Modified on 3/28/2012 (mll, ). (Entered: 03/28/2012) |
| 03/28/2012 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by Technology Properties Limited, LLC (Simon, Anthony) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 4 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Simon, Anthony) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 5 | CORPORATE DISCLOSURE STATEMENT filed by Technology Properties Limited, LLC (Simon, Anthony) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 6 | SUMMONS Issued as to HiTi Digital America, Inc., and emailed to pltf for service. (mll, ) (Entered: 03/28/2012) |
| 03/30/2012 | Ï 7 | NOTICE of Attorney Appearance by Michael Patrick Kella on behalf of Technology Properties Limited, LLC (Kella, Michael) (Entered: 03/30/2012) |
| 04/10/2012 | Ï 8 | NOTICE of Attorney Appearance by Stephanie H To on behalf of Technology Properties Limited, LLC (To, Stephanie) (Entered: 04/10/2012) |
| 04/11/2012 | Ï 9 | ORDER for Plaintiff to file a notice of readiness for scheduling conference when **all Defendants** in **all of the listed cases** have either answered or filed a motion to transfer or dismiss. The notice must be filed simultaneously in each case within 5 days of the last remaining Defendant's answer or motion, and the notice must include a list of any pending motions to dismiss or transfer and a list of any other related cases filed in the EDTX involving the same patent(s). If the cases are not ready for scheduling conference within 90 days of this order, Plaintiff must file a detailed status report explaining the reason for delay. Signed by Judge Michael H. Schneider on 4/11/2012. (leh, ) (Entered: 04/11/2012) |
| 04/23/2012 | Ï 10 | NOTICE of Attorney Appearance by Benjamin R Askew on behalf of Technology Properties Limited, LLC (Askew, Benjamin) (Entered: 04/23/2012) |

| | | |
|---|---|---|
| 06/04/2012 | 11 | Unopposed MOTION to Stay *Pending Resolution of Proceedings at the International Trade Commission* by HiTi Digital America, Inc., HiTi Digital, Inc.. (Attachments: # 1 Exhibit A – Part 1, # 2 Exhibit A – Part 2, # 3 Exhibit B, # 4 Text of Proposed Order)(Findlay, Eric) (Entered: 06/04/2012) |
| 06/12/2012 | 12 | ORDER granting 11 Motion to Stay. Plaintiff shall notify the Court within 10 days of the conclusion of proceedings before the International Trade Commission. Additionally, parties must file a status report every six months while the matter is pending before the ITC. Signed by Judge Michael H. Schneider on 6/12/12. (mjc, ) (Entered: 06/12/2012) |
| 07/10/2012 | 13 | STATUS REPORT by Technology Properties Limited, LLC. (Simon, Anthony) (Entered: 07/10/2012) |
| 12/12/2012 | 14 | STATUS REPORT by Technology Properties Limited, LLC. (Askew, Benjamin) (Entered: 12/12/2012) |
| 06/12/2013 | 15 | STATUS REPORT *Joint Status Report* by Technology Properties Limited, LLC. (Askew, Benjamin) (Entered: 06/12/2013) |
| 10/18/2013 | 16 | NOTICE of Attorney Appearance by Timothy D Krieger on behalf of Technology Properties Limited, LLC (Krieger, Timothy) (Entered: 10/18/2013) |
| 12/12/2013 | 17 | STATUS REPORT *Joint Status Report* by Technology Properties Limited, LLC. (Askew, Benjamin) (Entered: 12/12/2013) |
| 02/07/2014 | 18 | Unopposed MOTION to Reopen Case *Plaintiff's Unopposed Motion to Lift the Stay of Proceedings* by Technology Properties Limited, LLC. (Attachments: # 1 Text of Proposed Order)(Askew, Benjamin) (Entered: 02/07/2014) |
| 02/11/2014 | 19 | NOTICE by Technology Properties Limited, LLC re 18 Unopposed MOTION to Reopen Case *Plaintiff's Unopposed Motion to Lift the Stay of Proceedings Plaintiff's Notice of Withdrawal of Motion* (Askew, Benjamin) (Entered: 02/11/2014) |
| 02/12/2014 | 20 | NOTICE of Attorney Appearance by Andrew T Oliver on behalf of All Defendants (Oliver, Andrew) (Entered: 02/12/2014) |
| 02/14/2014 | 21 | NOTICE of Attorney Appearance – Pro Hac Vice by Jenny Chen on behalf of HiTi Digital America, Inc., HiTi Digital, Inc.. Filing fee $ 100, receipt number 0540–4523676. (Chen, Jenny) (Entered: 02/14/2014) |
| 02/24/2014 | 22 | NOTICE by HiTi Digital America, Inc. *Certification of Interested Entities* (Findlay, Eric) (Entered: 02/24/2014) |
| 02/24/2014 | 23 | NOTICE by HiTi Digital, Inc. *Certification of Interested Entities* (Findlay, Eric) (Entered: 02/24/2014) |
| 02/24/2014 | 25 | ORDER TO MEET, REPORT, AND APPEAR AT SCHEDULING CONFERENCE. Plaintiff's 18 Unopposed MOTION to Reopen Case/Lift the Stay of Proceedings is GRANTED. Scheduling Conference set for 3/19/2014 10:00 AM before Judge Michael H. Schneider. **The above cases are CONSOLIDATED with Lead Case 6:12cv202 for all pretrial purposes, including discovery and claim construction.** In view of this consolidation, the Clerk of the Court shall add the consolidated defendants to the lead case, as well as lead counsel only. Any other counsel who wishes to appear in the lead case shall file a notice of appearance in that case. The Clerk shall close all cases listed above other than the lead case. Signed by Judge Michael H. Schneider on 02/24/14. (mll, ) (Entered: 02/25/2014) |
| 02/24/2014 | | **This civil action is CONSOLIDATED with cause 6:12cv202 designated as the Lead Case. All future pleadings are to be filed in the Lead Case. This case is closed.** (mll, ) (Entered: |

| | | |
|---|---|---|
| | | 02/25/2014) |
| 02/25/2014 | Ï 24 | SUMMONS REISSUED as to HiTi Digital America, Inc. and emailed to pltf for service. (klb) (Entered: 02/25/2014) |
| 03/13/2014 | Ï 26 | SUMMONS Returned Executed by Technology Properties Limited, LLC. HiTi Digital America, Inc. served on 3/14/2014, answer due 4/7/2014. (mjc, ) (Modified on 4/21/2014 per 27 Order)(mll, ). (Entered: 03/17/2014) |
| 04/16/2014 | Ï 27 | ORDER TO CORRECT THE DOCKET. The Clerk shall correct the docket indication of served on 2/27/2014 answer due on 3/20/14 on Docket Number 26 in Case No. 6:12–cv–207 to indicate **served on 3/14/2014, answer or response due 4/7/2014.** Signed by Judge Michael H. Schneider on 04/16/14. (mll, ) (Entered: 04/21/2014) |
| 05/22/2014 | Ï 28 | ORDER OF DISMISSAL. All claims by Plaintiffs against Defendant HiTi Digital, Inc. are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs of suit and attorneys fees. Signed by Judge Michael H. Schneider on 05/22/14. (mll, ) Modified on 5/23/2014 (mll, ). (Entered: 05/23/2014) |
| 07/15/2014 | Ï 29 | ORDER TRANSFERRING TO THE NORTHERN DISTRICT OF CALIFORNIA. Signed by Judge Michael H. Schneider on 07/14/14. (mll, ) (Entered: 07/16/2014) |
| 07/15/2014 | Ï | **\*\*This civil action will be transferred to the Northern District of California on or after 8–04–2014 per Local Rule CV–83(b).** (mll, ) (Entered: 07/16/2014) |
| 07/28/2014 | Ï 30 | ORDER that Stephanie H. To is hereby withdrawn as counsel of record for Technology Properties Limited, LLC and terminated from CM/ ECF notifications in connection with these matters. Signed by Judge Michael H. Schneider on 07/28/14. (mll, ) (Entered: 07/28/2014) |
| 08/08/2014 | Ï | Interdistrict transfer to the Northern District of California (mll, ) (Entered: 08/08/2014) |