**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                              General Court Number
Clerk                                                                                                                              415.522.2000

August 14, 2014

CASE TITLE:    TECHNOLOGY PROPERTIES LIMITED-v-CANON INC
RECEIVED FROM: USDC Eastern District of Texas

CASE NUMBER:    CV 14-03642 LB

TO COUNSEL OF RECORD:

       The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

                                                                                  Sincerely,

                                                                                  RICHARD W. WIEKING, Clerk

                                                                                  *[signature]*

                                                                                  by:  Alfred Amistoso
                                                                                  Case Systems Administrator

G:\PROJECT\winmacro2\WP13\Reassign\Civil\SFLtr.wpd