UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC., et al., | | No. C 14-3640 CW |
| Plaintiffs, | | **ORDER RE: ATTENDANCE AT MEDIATION** |
| v. | | |
| CANON, INC., et al., | | Date: January 21, 2015<br>Mediator: Shirish Gupta |
| Defendants. | / | |
| TECHNOLOGY PROPERTIES LIMITED, LLC., et al., | | No. C 14-3642 CW |
| Plaintiffs, | | |
| v. | | |
| HITI DIGITAL AMERICA, INC., | | |
| Defendant. | / | |
| TECHNOLOGY PROPERTIES LIMITED, LLC., et al., | | No. C 14-3647 CW |
| Plaintiffs, | | |
| v. | | |
| CANON, INC., et al., | | |
| Defendants. | / | |

IT IS HEREBY ORDERED that the requests to excuse all parties from appearing in person at the January 21, 2015, mediation before Shirish Gupta are GRANTED. The parties shall participate

///

///

telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

January 12, 2015     By: _____
Dated                                             Maria-Elena James
                                                   United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

Case 4:14-cv-04642-MEJ Document 20 Filed 01/12/15 Page 2 of 2